**Dismissed and Opinion Filed December 6, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00089-CV

### TONY LAMAR VANN, Appellant
### V.
### ALTUS TRAFFIC MANAGEMENT LLC, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07180**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this appeal is overdue. By postcard dated October 16, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).



240089f.p05

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TONY LAMAR VANN, Appellant

No. 05-24-00089-CV     V.

ALTUS TRAFFIC MANAGEMENT
LLC, ET AL., Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-07180.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 6th day of December, 2024.